IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MILLER, et al., | ) | Case No. 1:20-cv-1348 |
| | ) | |
| Plaintiffs, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| CITY OF CLEVELAND HEIGHTS, et al., | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

    A resumed mediation conference is scheduled for February 24, 2023. The court ordered the parties to submit by *email* updated mediation statements not later than February 17, 2023. However, defendants erroneously filed their mediation memorandum on the docket.

    Under the court's local rules, "[w]ritten mediation memoranda shall not be filed and shall not be shown to the Court." N.D. Ohio, L.R. 16.16(e)(3). And all information provided and obtained in the course of the mediation process is "confidential and privileged to the extent provided under Ohio Rev. Code ch. 2710 and Sixth Circuit Law." N.D. Ohio, L.R. 16.16(h).

    Accordingly, the court, on its own motions, hereby ORDERS that defendants' mediation memorandum (ECF Doc. 45) be STRICKEN from the docket.

    **IT IS SO ORDERED.**

Dated: February 21, 2023

                                                       Thomas M. Parker
                                                       United States Magistrate Judge